**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** | § § § | |
| **Plaintiff,** | § § | **Case No: 9:21-cv-82504-RAR** |
| **vs.** | § § | **PATENT CASE** |
| **PEGASUS U.S.A., LLC,** | § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § § | |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" and/or "STI") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Pegasus U.S.A., LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 27, 2022.                    Respectfully submitted,

*/s/Barbra A. Stern*
Barbra A. Stern, Esquire
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sterncnslt.com

**ATTORNEY(S) FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on January 26, 2022.  Parties may access the foregoing through the Court's system.

*/s/Barbra A. Stern*
Barbra A. Stern, Esquire